**Livoti, Bernstein & Moraco, P.C.**
**122 East 42nd Street**
**17th floor**
**New York, N.Y. 10168**
**Telephone Number: 1-212-551-1164**
**E-mail address: robert.moraco@verizon.net**

June 20, 2018

Via ECF
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York NY 10007
Attention: United States District Judge Paul A. Engelmayer

        Re:  Joint Letter on INTL FCStone Markets LLC vs
           <u>Ceagro Agricola LTDA  15-cv-08263 (PAE)</u>

Honorable Sir:

After consulting with my adversary, I write this letter pursuant to your order staying this action, placing it on the suspense calendar and directing the filing of a joint report every 90 days as to the status of the companion action in Brazil.

The matter in Brazil remains sub judice. We have nothing further to report since our previous report of April 20, 2018. This report was due on or before July19, 2018. Our next report will be filed on or before October 17, 2018, unless circumstances require otherwise.

Respectfully

Robert F Moraco

cc: Via ECF
    Paul Levinson, Esq.
    McLaughlin & Stern LLP