Rec'd 7/21/20 mm

RECEIVED
2020 JUL 10 AM 11:11
CLERK'S OFFICE
U.S. COURT OF APPEALS

**Livoti, Bernstein & Moraco, P.C.**
122 East 42nd Street (17th Floor)
New York, N.Y. 10168
(212) 551-1164

June 26, 2020

Thurgood Marshall United States Courthouse
40 Foley Square
New York NY 10007
Attention: Hon. Paul A. Engelmayer,
    United States District Judge

    re: <u>INTL FCStone Markets LLC v Ceagro Agricola LTDA  2:15-cv-08263-PAE</u>

Dear Judge:

    This case was placed upon the suspense calendar and I was directed to file a joint report every 90 days concerning the status of a companion case in court in Brazil. On or about April 8, 2020, you granted my request for a 90 days extension due to difficulties presented by the current public health situation. I am working from home and neglected to make a note of my user name and password for District Court filings when I left my office. Accordingly, I present this joint report in the form of hard copy only.

    I am informed by foreign counsel that after the submission of expert reports, the court in Brazil determined that 15% should be blocked or frozen from the monthly revenue going to Ceagro's accounts. Ceagro appealed from the Court's decision, requested a new examination of the accounts and obtained interim relief in the form of a reduction to 10% of monthly revenue. The determination is not considered to be final in Brazil while the appeal is pending.

                                               7/21/2020

Yours Truly

Robert F. Moraco

The Court has received counsel's letter and appreciates this update.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Livoti, Bernstein & Moraco, P.C.
122 East 42nd Street (17th Floor)
New York, N.Y. 10168

RECEIVED
2020 JUL 10 AM 11:11
CLERK'S OFFICE
U.S. COURT OF APPEALS

NEW YORK NY 100
01 JUL 2020 PM 13 L

10007-150299

Thurgood Marshall United States Courthouse
40 Foley Square
New York NY 10007
Attention: Hon. Paul A. Engelmayer,
United States District Judge