UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTL FCSTONE MARKETS LLC,

Plaintiff,

-v-

CEAGRO AGRICOLA LTDA,

Respondent.

15 Civ. 8263 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 8, 2026, the Court granted the parties' request to stipulate to voluntary dismissal of the action, which terminated this action. Dkt. 134. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 29, 2026
New York, New York